extraordinary situations when no other remedy is available. *In re: Beard,* 811 F.2d 818, 826 (4th Cir.1987). Marshall filed his Fed.R.Civ.P. 60(b) motion on October 17, 2007. According to the district court's docket sheet, there has been no action on the motion since the date of filing. Because the matter has been pending before the district court for just over six months, we find that there has been no undue delay in processing Marshall's motion. We therefore deny the petition for mandamus relief without prejudice to Marshall's right to refile if the district court does not act expeditiously. In light of this disposition, we deny Marshall's motion to expedite. We grant Marshall's motion to proceed in forma pauperis in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

Preston Hancock, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston Hancock appeals the district court's order dismissing without prejudice his complaint for failing to return a consent to the collection of fees form. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hancock v. Brown,* No. 3:08–cv–00014–HEH (E.D.Va. Apr. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Preston HANCOCK, Plaintiff—Appellant,

v.

Wendy BROWN, Case Manager Court Legal, Defendant—Appellee.

No. 08–6662.

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2008.

Decided: June 25, 2008.

Hayward Leon ROGERS, Petitioner—Appellant,

v.

Colie RUSHTON, Respondent—Appellee.

No. 08–6472.

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2008.

Decided: June 25, 2008.